IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Buddy Struckman, :
:
    Plaintiff(s), :
: Case Number: 1:17cv315
vs. :
: Judge Susan J. Dlott
Lockland Police Department, :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 30, 2017 a Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 5).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, the complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B).

    The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, plaintiff is DENIED leave to appeal *in forma pauperis. See McGore v. Wrigglewworth,* 114 F.3d 601 (6th Cir. 1997).

    IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court